United States District Court
Eastern District of New York

2:21-cv-06730-ARR-ST

Theresa Carrano, individually and on behalf of all others similarly situated,

      Plaintiff,

Notice of Voluntary Dismissal

- against -

Oka Products, LLC,

      Defendant.

  Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 12, 2022

      Respectfully submitted,

      Sheehan & Associates, P.C.
      /s/Spencer Sheehan
      Spencer Sheehan
      spencer@spencersheehan.com
      60 Cuttermill Rd Ste 409
      Great Neck NY 11021
      Tel: (516) 268-7080

      So Ordered,

      s/Allyne R. Ross
      Allyne R. Ross, U.S.D.J. 7/13/2022

## Certificate of Service

I certify that on July 12, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan